THOMAS, Circuit Judge,
concurring:
The immigration judge’s adverse credibility determination was founded on impermissible speculation, and the IJ failed to address the petitioner’s explanation for the purported inconsistencies. Thus, I cannot agree that substantial evidence supports the adverse credibility determination. See Kaur v. Ashcroft, 379 F.3d 876, 887 (9th Cir.2004) (“An adverse credibility finding is improper when the IJ fails to address a petitioner’s explanation for a discrepancy or inconsistency.”); see also Guo v. Ashcroft, 361 F.3d 1194, 1201-02 (9th Cir.2004) (IJ speculated impermissibly as to why applicant did not apply for asylum immediately upon entry).
However, substantial evidence does support the IJ’s alternative holding denying *743 relief on the merits. Therefore, I concur in the denial of the petition for review.